# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 3, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

144144-5
144159

FARMERS INSURANCE EXCHANGE,
        Plaintiff-Appellee,

and

STATE FARM MUTUAL AUTOMOBILE
INSURANCE CO.,
        Plaintiff-Appellant,

v                                                      SC: 144144
                                                       COA: 298984
                                                       Mason CC: 09-000035-NF

MICHIGAN INSURANCE COMPANY,
        Defendant-Appellee.

_____/

STATE FARM MUTUAL AUTOMOBILE
INSURANCE CO.,
        Plaintiff-Appellant,

v                                                      SC: 144145
                                                       COA: 298985
                                                       Mason CC: 09-000172-NF

MICHIGAN INSURANCE COMPANY,
        Defendant-Appellee.

_____/

FARMERS INSURANCE EXCHANGE,
        Plaintiff-Appellant,

and

STATE FARM MUTUAL AUTOMOBILE
INSURANCE CO.,
        Plaintiff-Appellee,

v

SC: 144159
COA: 298984
Mason CC: 09-000035-NF

MICHIGAN INSURANCE COMPANY,
      Defendant-Appellee.

_____/

      On order of the Court, leave to appeal having been granted and the briefs and oral arguments of the parties having been considered by the Court, we VACATE our order of May 23, 2012. The applications for leave to appeal the October 18, 2011 judgment of the Court of Appeals are DENIED, because we are no longer persuaded that the questions presented should be reviewed by this Court.

      VIVIANO, J., not participating.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 3, 2013                      _____

t0430                                               Clerk